**From:** VILLK [mailto:mpfood@optimum.net]
**Sent:** 04/20/2021 1:46 PM
**To:** anatolyosadchy@optonline.net
**Subject:** M & P Food Production, Ltd. LOAN

Good afternoon.

Please see attached Letter.

Petr Raziyev

To: ANATOLY OSADCHY, CPA

3079 Brighton 13th Street

Brooklyn, NY 11235

1) The LOAN has been taken from Kats, Tsinis in amount of $160,000.00 in December 2003 year; 14,5% for Development

2) The LOAN has been returned in February, 2021 in amount $240,50.00

Petr Raziyev